UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **VALENTINO RODRIGUEZ,** )<br>  ) | Case No. CV 13-7750-AJW |
| Petitioner, )<br>  ) | |
| v. )<br>  ) | JUDGMENT |
| **DR. JEFFREY BEARD,** )<br>  ) | |
| Respondent. )<br>_____) | |

It is hereby adjudged that the petition for a writ of habeas corpus is denied.

Dated: March 11, 2014

_____
Andrew J. Wistrich
United States Magistrate Judge